NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

QINGFA ZHU,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No.   15-70603

Agency No. A087-824-146

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 14, 2016[**]

Before:     BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Qingfa Zhu, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' order dismissing his appeal from an immigration judge's

("IJ") decision denying his application for asylum.   We have jurisdiction under 8

U.S.C. § 1252.   We review for substantial evidence the agency's factual findings,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     We deny Zhu's request for oral argument.   The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

applying the standards created by the REAL ID Act. *Ren v. Holder*, 648 F.3d 1079, 1083-84 (9th Cir. 2011). We deny the petition for review.

Substantial evidence supports the agency's determination that Zhu failed to present sufficiently detailed and consistent testimony, or reasonably available corroboration, to meet his burden of proof for asylum. *See id*. at 1093-94 (denying petition where asylum applicant failed to provide corroborative evidence requested by the IJ or explain why he could not do so). Thus, Zhu's asylum claim fails.

**PETITION FOR REVIEW DENIED.**